IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VO LAM HOUNG, ) | |
| a/k/a LAM HOUNG VO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CV-04-RRA-1553-M |
| ) | |
| CRAIG ROBINSON, et al., ) | |
| ) | |
| Respondents. ) | |

ENTERED
OCT 21 2004

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondents' motion to dismiss is due to be granted and this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this 21st day of October, 2004.

WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE